IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HERBERT R. GREENE, JR., | ) |
| | ) Civil Action No. 06-1228 |
| Plaintiff, | ) |
| | ) Judge Lancaster |
| v. | ) Magistrate Judge Lenihan |
| | ) |
| UNITED STATES OF AMERICA, | ) Electronically Filed |
| | ) |
| Defendant. | ) |

**ORDER**

AND NOW, this 18th day of Sept, 2007, it is hereby **ORDERED** that the above-captioned case is dismissed with prejudice. This case is now **CLOSED**.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE